## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

In re:

Michael D. Knecht and                  Case Number: 9:15-bk-09265-FMD
Ashley R. Knecht                       Chapter 7

    Debtor,
_____/

## WITNESS LIST

Vuagniaux Upper Cervical, LLC, by and through its undersigned counsel, hereby files this Witness List pursuant to the Court's Order Scheduling Trial dated December 8, 2017 (Doc. No. 50) and states as follows:

## WITNESS LIST

a. Dr. Thad S. Vuagniaux
   20 Ginger Creek Parkway
   Glen Carbon, IL 62034

b. Michael D. Knecht
   15518 Caloosa Circle
   Fort Myers, FL 33908

c. Ashley R. Knecht
   15518 Caloosa Circle
   Fort Myers, FL 33908

d. Nancy Long
   12651 McGregor Blvd., Ste. 102
   Ft. Myers, FL 33919

e. Michelle McGovern
   12651 McGregor Blvd., Ste. 102
   Ft. Myers, FL 33919

f. All witnesses listed by Movant.

g. Rebuttal Witnesses.

Vuagniaux Upper Cervical, LLC, by and through its undersigned counsel, reserves the right to amend and/or supplement this witness list.

Respectfully submitted,

**WATKINS LAW FIRM, P.A.**

/s/ Allan C. Watkins
**ALLAN C. WATKINS, ESQUIRE**
Florida Bar Number: 185104
707 North Franklin Street, Suite 750
Tampa, Florida 33602
Tel: (813) 226-2215
Email: allan@watkinslawfl.com
Attorney for Vuagniaux Upper Cervical, LLC and
Dr. Thad S. Vuagniaux, Creditor

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by either CM/ECF electronic transmission or by United States postage prepaid mail to: United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, Florida 33602; Robert E. Tardif, Jr., PO Box 2140, Fort Myers, FL 33902; Carmen Dellutri, Esq., The Dellutri Law Group PA, 1436 Royal Palm Square Blvd., Fort Myers, FL 33919; Michael D. Knecht, 15518 Caloosa Circle, Fort Myers, FL 33908; Ashley R. Knecht, 15518 Caloosa Circle, Fort Myers, FL 33908; Nancy Long, 12651 McGregor Blvd., Ste. 102, Ft. Myers, FL 33919; Michelle McGovern, 12651 McGregor Blvd., Ste. 102, Ft. Myers, FL 33919, and to all interested parties on the CM/ECF matrix that receive electronic notice on December 26, 2017.

/s/ Allan C. Watkins
**ALLAN C. WATKINS, ESQUIRE**