**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

In re:

Michael D. Knecht and                                      Case Number: 9:15-bk-09265-FMD
Ashley R. Knecht                                                Chapter 7

      Debtor,

_____ /

**MOTION TO CONTINUE**
**FINAL EVIDENTIARY HEARING SCHEDULED FOR FEBRUARY 20, 2018**

      Vuagniaux Upper Cervical, LLC, by and through its undersigned attorney, files this

Motion to Continue Final Evidentiary Hearing Scheduled on the Motion for Sanctions (Doc. No.

16) Scheduled for February 20, 2018 at 9:00 A.M. (Doc. No.50), saying:

      1.     Vuagniaux Upper Cervical, LLC seeks a continuance for approximately forty-

five (45) days as Dr. Thad S. Vuagniaux has a personal matter scheduled for the same day and is

unable to reschedule.

      2.     Carmen Dellutri, Esq., counsel for the Debtors, consents to this Motion to

Continue.

      **WHEREFORE**, Vuagniaux Upper Cervical, LLC requests this Honorable Court to enter

an order granting this motion and rescheduling the Final Evidentiary Hearing set for February

20, 2018 at 9:00 A.M. and for such other and further relief as is just.

      Respectfully submitted,

      **WATKINS LAW FIRM, P.A.**
      /s/ Allan C. Watkins
      **ALLAN C. WATKINS, ESQUIRE**
      Florida Bar Number: 185104
      707 North Franklin Street, Suite 750
      Tampa, Florida 33602
      Tel: (813) 226-2215
      Email: allan@watkinslawfl.com
      Attorney for Vuagniaux Upper Cervical, LLC

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by either CM/ECF electronic notice or U.S. Mail to United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, Florida 33602; Robert E. Tardif, Jr., PO Box 2140, Fort Myers, FL 33902; Carmen Dellutri, Esq., The Dellutri Law Group PA, 1436 Royal Palm Square Blvd., Fort Myers, FL 33919; Michael D. Knecht, 15518 Caloosa Circle, Fort Myers, FL 33908; Ashley R. Knecht, 15518 Caloosa Circle, Fort Myers, FL 33908  and all parties of interest via electronic notice listed on the CM/ECF matrix on January 15, 2018.

/s/ Allan C. Watkins
**ALLAN C. WATKINS, ESQUIRE**