ORDERED.

**Dated:  January 16, 2018**

Caryl E. Delano
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION**

In re:

Michael D. Knecht and                                     Case Number: 9:15-bk-09265-FMD

Ashley R. Knecht                                                  Chapter 7

      Debtor,

_____ /

**ORDER GRANTING MOTION
TO CONTINUE TRIAL SCHEDULED FOR FEBRUARY 20, 2018**

THIS CASE came on for consideration on the Motion to Continue Trial Scheduled for

February 20, 2018 at 9:00 A.M. (Doc. No. 58).  The Court having reviewed the file, it is hereby

**ORDERED**:

1.       The Motion to Continue Trial Scheduled for February 20, 2018 at 9:00 A.M.

(Doc. No.58) is granted; and

2.       The Trial scheduled for February 20, 2018 at 9:00 A.M. is continued until

**April 17, 2018 at 9:30 am** in Room 4-117, Courtroom E, United

States Courthouse, 2110 First St., Ft. Myers, FL 33901, before the Honorable Caryl E. Delano,

United States Bankruptcy Judge;

Attorney Allan C. Watkins, Esquire, is directed to serve a copy of this order on interested parties
and file a proof of service within 3 days of entry of the order.