# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

In re:

| | |
|---|---|
| Michael D. Knecht and | Case Number: 9:15-bk-09265-FMD |
| Ashley R. Knecht | Chapter 7 |
|     Debtor, | |

_____ /

## PROOF OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Order Granting Motion to Continue Final Evidentiary Hearing Scheduled for February 20, 2018 (Doc. No. 60) was forwarded by CM/ECF electronic notice or by United States mail postage prepaid to the following: US Trustee Office, Timberlake Annex, 501 East Polk Street, Suite 1200, Tampa, FL 33602; Robert E. Tardif, Jr., PO Box 2140, Fort Myers, FL 33902; Carmen Dellutri, Esq., The Dellutri Law Group PA, 1436 Royal Palm Square Blvd., Fort Myers, FL 33919; Michael D. Knecht, 15518 Caloosa Circle, Fort Myers, FL 33908; Ashley R. Knecht, 15518 Caloosa Circle, Fort Myers, FL 33908 and all parties of interest via electronic notice listed on the CM/ECF matrix on January 18, 2018.

    Respectfully submitted,

**WATKINS LAW FIRM, P.A.**

/s/Allan C. Watkins
**ALLAN C. WATKINS, ESQUIRE**
Florida Bar Number: 185104
707 North Franklin Street, Suite 750
Tampa, Florida 33602
Tel: (813) 226-2215
Email: allan@watkinslawfl.com
Attorney for Vuagniaux Upper Cervical, LLC